No. 1292, Misc. CAINS v. NEW JERSEY. Sup. Ct. N. J. Certiorari denied.

No. 1296, Misc. YOUNG v. UNITED STATES. C. A. 10th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall* for the United States. 

No. 1297, Misc. AYERS ET AL. v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied. *Jerry B. Riseley* for petitioners.

No. 1305, Misc. SALAZAR v. COX, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 1306, Misc. BAUMANN v. COX, WARDEN. Sup. Ct. N. M. Certiorari denied.

No. 1324, Misc. WHITE v. NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 1330, Misc. TENORIO v. PATTERSON. Sup. Ct. Colo. Certiorari denied.

No. 1335, Misc. WILLIAMS v. UNITED STATES. C. A. 10th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall* for the United States.

No. 1355, Misc. MILLER v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *William VanDercreek* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States. 

No. 1339, Misc. BEAVERS v. GEORGIA BOARD OF PARDONS AND PAROLES. C. A. 5th Cir. Certiorari denied.